CITY OF KIRKWOOD ex rel. JOHN F. McMAHON, Respondent, v. A. H. HANDLAN, JR., et al., Appellants.

**St. Louis Court of Appeals, April 7, 1914.**

City of Kirkwood ex rel. John F. McMahon v. A. H. Handlan, Jr., et al., *ante,* p. 626, followed.

Appeal from St. Louis County Circuit Court.—*Hon. G. A. Wurdeman,* Judge.

REVERSED AND REMANDED (*with directions*).

*H. A. Loevy* for appellants.

*Sam'l D. Hodgdon* for respondent.

PER CURIAM.—The issues in the above entitled cause are identical with those in City of Kirkwood, ex rel v. McMahon v. A. H. Handlan, Jr., et al., No. 13,839, decided at this term. Upon stipulation of counsel the cause was here consolidated with that last mentioned and submitted upon the same abstract and briefs. For the reasons stated in the opinion in said cause No. 13,839, the judgment herein is reversed and the cause remanded with directions to dismiss the action. All concur.